# EXHIBIT B

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Tel +1 312 207 1000
Fax +1 312 207 6400
reedsmith.com

Steven A. Miller
Direct Phone: +1 312 207 3857
Email: samiller@reedsmith.com

March 30, 2016

Alexander A. Baehr
Senior Vice President and General Counsel
Colliers International
601 Union Street, Suite 4800
Seattle, WA 98101

Robert S. Mathews
President & CEO
Colliers International – Atlanta, LLC
1230 Peachtree Street NE, Suite 800
Atlanta, GA 30309

Colliers International - Atlanta, LLC
C/O Registered Agent
Corporation Service Company
40 Technology Pkwy South, #300
Norcross, GA  30092

Re: Confidential - Forbearance Agreement and Evidence Preservation Hold Notice

Gentlemen:

This law firm represents Mattress Firm Holding Corp. ("Mattress Firm") in connection with certain matters. Information has come to our client's attention that may give rise to potential litigation against Colliers International, Colliers International - Atlanta, LLC (collectively, "Colliers") and others employed by Colliers.

Mattress Firm is willing to meet with you to share information, pursuant to Federal Rule of Evidence 408, regarding this matter and to forbear from filing litigation against Colliers International, Colliers International - Atlanta, LLC, and others employed by Colliers, for a period not to exceed 120 days. In exchange for said forbearance, Mattress Firm seeks prompt execution of the attached document preservation hold notice to be sent by Colliers to all potential records custodians employed by and under the control of Colliers International and Colliers International - Atlanta, LLC. We will require a copy of each preservation hold notice as a condition for the forbearance agreement contained in this letter.

Further, effective immediately, Alex Deitch, who holds the title of Senior Vice President, Colliers-Atlanta is no longer authorized to represent Mattress Firm in any ongoing matters involving Mattress Firm, including Sleepy's, Sleep Train or any other related entity. We attach an agreement dated February 2, 2016 in which Colliers is currently acting as broker in the sale and lease back of the locations set forth in the Agreement. Because Mattress Firm does not wish to disrupt that contemplated transaction, we expect other Collier's representatives to fulfill all responsibilities under the Agreement to bring that matter to a successful closing.

Mattress Firm reserves all other rights.

Please call me at 312-207-3857 to further discuss this matter.

Very truly yours,

*[signature]*

Steven A. Miller

Enclosures (2)