# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MAXUM INDEMNITY COMPANY, ) ) Plaintiff, ) ) v. ) ) COLLIERS INTERNATIONAL – ) ATLANTA, LLC; and, ) ALEXANDER DEITCH, ) ) Defendants. ) | CIVIL ACTION NO. 1:18-CV-01236-WSD |

## DEFENDANT COLLIERS INTERNATIONAL – ATLANTA, LLC'S MOTION TO DISMISS FOR FAILURE TO JOIN A PARTY UNDER RULE 19

Defendant Colliers International – Atlanta, LLC ("Colliers") files this Motion to Dismiss for Failure to Join a Party Under Rule 19 under Federal Rule of Civil Procedure 12(b)(7).

Plaintiff Maxum Indemnity Company ("Maxum") filed this declaratory judgment action regarding insurance coverage for an underlying lawsuit filed by Mattress Firm, Inc. against the Defendants in Texas state court. Mattress Firm is a required party to this action pursuant to Fed.R.Civ.P. 19(a), as it has a real and

substantial interest in the insurance coverage issues present. Maxum must therefore join Mattress Firm as a party to this action. If Maxum does not join Mattress Firm, its Complaint for Declaratory Judgment should be dismissed.

WHEREFORE, Defendant Colliers International – Atlanta, LLC requests the Court to order Plaintiff Maxum Indemnity Company to join Mattress Firm, Inc. as a defendant in this action within thirty days.  If the Plaintiff fails to do so, or if joinder is not feasible, Colliers respectfully requests that the Court dismiss the action pursuant to Fed.R.Civ.P. 41(b).

Respectfully submitted, this 18th day of April, 2018.

**FELLOWS LABRIOLA LLP**

s/Shattuck Ely
Shattuck Ely
Georgia Bar No. 246944
tely@fellab.com
Michael Gretchen
Georgia Bar No. 522171
mgretchen@fellab.com

Peachtree Center
Suite 2300 South Tower
225 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 586-9200

*Attorneys for Defendant Colliers International – Atlanta, LLC*

## CERTIFICATE OF SERVICE

I certify that this day, I electronically filed the foregoing with the clerk's office CM/ECF system, which will send email notification to the following counsel of record:

>Jeffrey Melcher, Esq.
>Frank I. Chao, Esq.
>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
>950 East Paces Ferry Road, N.E.
>Suite 2850
>Atlanta, Georgia 30326

Respectfully submitted, this 18th day of April, 2018.

>s/Shattuck Ely
>Shattuck Ely