IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAXUM INDEMNITY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:18-CV-01236-WSD |
| COLLIERS INTERNATIONAL – ) | |
| ATLANTA, LLC; and, ) | |
| ALEXANDER DEITCH, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT COLLIERS INTERNATIONAL – ATLANTA, LLC'S
CERTIFICATE OF INTERESTED PERSONS**

Defendant Colliers International – Atlanta, LLC hereby files its Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Local Rule 3.3, Federal Rule of Civil Procedure 7.1, and states as follows:

(1) The undersigned Counsel of record for a party to this action certifies that the following is a full and complete list of all parties to this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiff:**     Maxum Identity Company

**Defendants:**     Alexander Deitch

Colliers International – Atlanta, LLC

Defendant Colliers International – Atlanta, LLC has two members: CIA HOLDCO, Inc., a Georgia corporation, and FS Williams Acquisitionco LLC, a Delaware LLC. FS Williams Acquisitionco LLC is wholly owned by Colliers International USA, LLC (a Delaware LLC), which is wholly owned by Colliers International (USA), Inc. (a Delaware corporation), of which Colliers International Group, Inc. (an Ontario corporation) owns 10% or more of stock.

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Mattress Firm, Inc.

(3)   The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Plaintiff:**

Jeffrey Melcher
Frank I. Chao
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
950 East Paces Ferry Road, N.E.
Suite 2850
Atlanta, Georgia 30326

**Defendant Colliers International – Atlanta, LLC:**

Shattuck Ely, Esq.
Michael Gretchen, Esq.
FELLOWS LABRIOLA, LLP
225 Peachtree Street, N.E.
Suite 2300 South Tower
Atlanta, GA 30303

Respectfully submitted, this 18th day of April, 2018.

                                **FELLOWS LABRIOLA LLP**

                                s/Michael Gretchen
                                Shattuck Ely
                                Georgia Bar No. 246944
                                tely@fellab.com
                                Michael Gretchen
                                Georgia Bar No. 522171
                                mgretchen@fellab.com

Peachtree Center
Suite 2300 South Tower
225 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 586-9200

                                *Attorneys for Defendant Colliers*
                                *International – Atlanta, LLC*

## **CERTIFICATE OF SERVICE**

I certify that this day, I electronically filed the foregoing with the clerk's office CM/ECF system, which will send email notification to the following counsel of record:

Jeffrey Melcher
Frank I. Chao
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
950 East Paces Ferry Road, N.E.
Suite 2850
Atlanta, Georgia 30326

Respectfully submitted, this 18th day of April, 2018.

                                          s/Michael Gretchen
                                          Michael Gretchen