UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Maxum Indemnity Company,  )<br> )<br>Plaintiff,  )<br> )<br>vs.  )<br> )<br>Colliers International – Atlanta, LLC, and )<br>Alexander Deitch.  )<br> )<br>Defendants.  )  | CIVIL ACTION FILE<br>NO.  1:18-CV-01236-WSD |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO JOIN A PARTY UNDER RULE 19**

COME NOW Plaintiff Maxum Indemnity Company ("Plaintiff") and Defendant Colliers International–Atlanta, LLC ("Defendant"), through undersigned counsel, respectfully request by consent an extension of the deadline to file Plaintiff's Response to Defendant's Motion to Dismiss for Failure to Join a Party Under Rule 19 with Memorandum of Law in Support ("Motion to Dismiss") up to and including May 23, 2018, respectfully showing as follows:

1.  Plaintiff filed its Complaint on March 23, 2018.  (Doc. 1.)

2.  Defendant filed its Motion to Dismiss on April 18, 2018.  (Docs. 6 and 6-1.)  Pursuant to Local Rule 7.1, the deadline for Plaintiff to file a Response to Defendant's Motion to Dismiss is May 2, 2018.

1

3.  Due to scheduling conflicts, including previously scheduled and out-of-town matters which have required Plaintiff's counsel to be away from the office, Plaintiff needs additional time to investigate Defendant's assertions and also needs additional time to prepare and file a Response to Defendant's Motion to Dismiss.

4.  Counsel for the parties have conferred and have agreed to the extension of the deadline to file Plaintiff's Response to Defendant's Motion to Dismiss.

WHEREFORE, Plaintiff Maxum Indemnity Company and Defendant Colliers International–Atlanta, LLC respectfully request that this Court grant an extension of the deadline to file Plaintiff's Response to Defendant's Motion to Dismiss up to and including May 23, 2018.  A proposed Order is attached hereto.

Respectfully submitted this 27th day of April, 2018.

|  |  |
|---|---|
|  | **PREPARED AND CONSENTED TO BY:** |
| 950 East Paces Ferry Rd, Suite 2850<br>Atlanta, GA 30326<br>470.419.6650<br>470.419.6651 facsimile<br>jeffrey.melcher@wilsonelser.com<br>frank.chao@wilsonelser.com | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**<br>/s/  Jeffrey Melcher<br>Jeffrey W. Melcher<br>Georgia Bar No. 501180<br>Frank Chao<br>Ga. State Bar No.: 949116<br><br>*Attorneys for Plaintiff Maxum Indemnity Company* |

Peachtree Center
Suite 2300 South Tower
225 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 586-9200

**CONSENTED TO BY:**

**FELLOWS LABRIOLA LLP**

/s/ Shattuck Ely
Shattuck Ely
Ga. State Bar No.: 246944
tely@fellab.com
Michael Gretchen
Ga. State Bar No.: 522171
mgretchen@fellab.com

*Attorneys for Defendant Colliers International–Atlanta, LLC*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Maxum Indemnity Company, ) | |
| ) | CIVIL ACTION FILE |
| Plaintiff, ) | NO. 1:18-CV-01236-WSD |
| ) | |
| vs. ) | |
| ) | |
| Colliers International – Atlanta, LLC, and ) | |
| Alexander Deitch. ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF COMPLIANCE WITH TYPE REQUIREMENTS**

Counsel for Plaintiff Maxum Indemnity Company hereby certifies that the foregoing has been prepared using Times New Roman 14-point font as required by Local Rule 5.1C.

        WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

        /s/ Jeffrey Melcher
        Jeffrey W. Melcher
        Georgia Bar No. 501180
        Frank I. Chao
        Ga. State Bar No.: 949116
        950 East Paces Ferry Rd,
        Suite 2850
        Atlanta, GA 30326
        470.419.6650
        470.419.6651 facsimile
        jeffrey.melcher@wilsonelser.com
        frank.chao@wilsonelser.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Maxum Indemnity Company, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Colliers International – Atlanta, LLC, and )<br>Alexander Deitch. )<br>)<br>Defendants. ) | CIVIL ACTION FILE<br>NO. 1:18-CV-01236-WSD |

## **CERTIFICATE OF SERVICE**

Counsel for Plaintiff Maxum Indemnity Company hereby certifies that the foregoing CONSENT MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO JOIN A PARTY UNDER RULE 19 was electronically filed on April 27, 2018, using the Court's CM/ECF system which will electronically serve all counsel of record in this matter.

950 East Paces Ferry Rd,
Suite 2850
Atlanta, GA 30326
470.419.6650
470.419.6651 facsimile
jeffrey.melcher@wilsonelser.com
frank.chao@wilsonelser.com

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**
/s/  Jeffrey Melcher
Jeffrey W. Melcher
Georgia Bar No. 501180
Frank Chao
Ga. State Bar No.: 949116
*Attorneys for Plaintiff Maxum Indemnity Company*

5

8979527v.1