## ATTACHMENT D

- Maxum is seeking declaratory judgment against Defendants. However, Maxum may seek reimbursement of costs to defend Defendants in the lawsuit filed by Mattress Firm in the District Court of Harris County, Texas, 151st Judicial District. Maxum will provide a computation of reimbursement, if any, once Maxum has obtained documents to determine the computation.